UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Network Executive Software, Inc., Plaintiff | ) | |
| v. | ) | Civil No. 00-25 PAM.JGL |
| Imaging Technology Solutions, LLC Defendant | ) | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS:

1. Defendant Imaging Technology Solutions, LLC, through its undersigned attorneys, requests an extension of time of fourteen days, to and including March 30, 2000, within which to respond to the Complaint.

2. Plaintiff Network Executive Software, Inc. does not object to such extension.

WHEREFORE, IT IS HEREBY STIPULATED THAT:

The time for Defendant Imaging Technology Solutions, LLC to respond to the Complaint is extended to March 30, 2000.

Respectfully submitted,

Date: March 15, 2000

By: ____________________

Kenneth A. Liebman (#236731)
Eunice P. de Carvalho (#057473)
FAEGRE & BENSON, LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone (612) 336-3000

FILED MAR 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Robert D. Litowitz
B. Brett Heavner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone (202) 408-4000

Counsel for Defendant
Imaging Technology Solutions LLC

By: Laura J. Hein

Laura J. Hein
GRAY, PLANT, MOOTY, MOOTY, & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402

Counsel for Plaintiff Network Executive Software Inc.

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2000

Magistrate Judge, District Court