UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Network Executive Software, Inc.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>Imaging Technology Solutions, LLC, and NetEx, Inc.,<br><br>Defendants and Counterclaim Plaintiffs. | ) | FILE NUMBER: 00-25 PAM/JGL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties hereto, by and through their respective counsel, hereby stipulate and agree that the Court may enter an Order as follows:

1. That all of the parties' claims and counterclaims alleged herein, together with all claims, counterclaims or causes of action that might have been alleged herein, are dismissed with prejudice and on the merits, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

2. That this Court retains jurisdiction over the parties and the subject matter of this action for the sole purpose of enforcing the terms of the parties' Settlement Agreement.

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 16, 2000.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By: Laura J Hein
Laura J. Hein
Attorney No. 155160
Attorneys for plaintiff
Network Executive Software, Inc.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Dated: October 18, 2000.

FULBRIGHT & JAWORSKI, L.L.P.

By: Timothy M. Kenny
Timothy M. Kenny
Attorneys for defendants
Imaging Technology Solutions, LLC and
NetEx, Inc.
4850 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4320
Telephone: 612-321-2800

**ORDER**

Pursuant to the above Stipulation of the parties, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. That all of the parties' claims and counterclaims alleged herein, together with all claims, counterclaims or causes of action that might have been alleged herein, are dismissed with

prejudice and on the merits, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

2. That this Court retains jurisdiction over the parties and the subject matter of this action for the sole purpose of enforcing the terms of the parties' Settlement Agreement.

Dated this 20th day of October, 2000.

BY THE COURT:

Paul A. Magnuson
United States District Court Judge

GP.740424 v1